1  STEVEN G. ROSALES
   ATTORNEY AT LAW SBN: 222224
2  LAW OFFICE OF LAWRENCE D. ROHLFING
   12631 E. IMPERIAL HWY SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA 90670
   TEL: (562) 868-5886
4  FAX: (562) 868-5491

5  Attorneys for Plaintiff GILBERT JIMENEZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT JIMENEZ,<br><br>   Plaintiff,<br><br>   vs.<br><br>JO ANNE B. BARNHART,<br><br>Commissioner of Social Security<br><br>Administration,<br><br>   Defendant | Case No.: 1: 06 CV 00263 SMS<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE; and<br><br>ORDER |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff GILBERT JIMENEZ ("Plaintiff") and defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to October 11, 2006; and that Defendant shall have an extension of time until November 20, 2006, to file her opposition, if any is forthcoming.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff's counsel makes this request because additional time is needed to review the extensive administrative record and properly address the issues presented.

DATE: September 20, 2006          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY:  */s/ Steven Rosales*
Steven G. Rosales
Attorney for GILBERT JIMENEZ

DATE: September 25, 2006.    McGREGOR W. SCOTT
United States Attorney

BY:  */s/ - Kristi Kapetan*  by Steven G. Rosales*
Kristi Kapetan
Assistant United States Attorney
Attorneys for Defendant
[*By email authorization on September 25, 2006]

-2-

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including October 11, 2006, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to November 20, 2006 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.

IT IS SO ORDERED.

DATE:   10/3/2006

/s/ Sandra M. Snyder

SANDRA M. SNYDER
**United States Magistrate Judge**

PDF created with pdfFactory trial version www.pdffactory.com