McGREGOR W. SCOTT
United States Attorney
Kristi C. Kapetan
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4040
Fax: (559) 497-4099
Shea Lita Bond
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8934
Fax: (916) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GILBERT JIMENEZ, | ) Case No. 1:06-CV-00263 SMS |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to a scheduling conflict arising from the large number of cases which await briefing. The current due date is November 20, 2006. The new due date will be December 19, 2006.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip & Proposed Order Re Ext of D's Time                                    Page 1

```
        /s/ Steven G. Rosales
            (As authorized on November 15, 2006)
        Steven G. Rosales
        Attorney at Law

        Attorney for Plaintiff



        McGREGOR W. SCOTT
        United States Attorney
        KRISTI C. KAPETAN
        Assistant U.S. Attorney

By:     /s/ Shea Lita Bond
            (As signed on November 15, 2006)
        Shea Lita Bond
        Special Assistant U.S. Attorney

        Attorneys for Defendant


OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION
```

                                    ORDER

        APPROVED AND SO ORDERED.

DATED:   11/22/2006

                                    /s/ Sandra M. Snyder
                                    Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE