McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GILBERT JIMENEZ, | ) | 1:06-CV-00263 SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | FOR REMAND PURSUANT TO |
| | ) | SENTENCE FOUR OF 42 U.S.C. |
| JO ANNE B. BARNHART, | ) | § 405(g), and |
| Commissioner of Social | ) | |
| Security, | ) | REQUEST FOR ENTRY OF JUDGMENT |
| | ) | IN FAVOR OF PLAINTIFF AND |
| Defendant. | ) | AGAINST DEFENDANT |
| _____ | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will instruct the Administrative Law Judge ("ALJ") to take the following action:

1. Further evaluate Dr. Hawkins' opinion;

2. Evaluate the claimant's mental impairment pursuant to 20 C.F.R. § 404.1520a and 416.920a;

3. Further evaluate the claimant's residual functional

capacity; and,

    4.   If necessary, obtain vocational exert testimony to clarify the effects of the assessed limitations on the claimant's occupational base.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

                                    Respectfully submitted,

Dated: December 12, 2006      /s/ Steven G. Rosales
                                    (As authorized via facsimile)
                                    STEVEN G. ROSALES
                                    Attorney for Plaintiff

Dated: December 13, 2006      McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
                                    Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   December 14, 2006**          **/s/ Sandra M. Snyder**
icido3                                        UNITED STATES MAGISTRATE JUDGE